# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable    A. BENJAMIN GOLDGAR      Hearing Date _9/14/05_

Bankruptcy Case No. _05 B 34885_    Adversary No. _____

Title of Case _Arlington Hospitality Inc._

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The Creditors Committee's time to object to Final DIP Financing Order is extended through September 20, 2005.

_[signature]_