UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Case No. 05 B 34885
) (Jointly Administered)
ARLINGTON HOSPITALITY, INC., et al., ) Chapter 11
) Honorable A. Benjamin Goldgar
Debtors. )
)

### ORDER

**THIS CAUSE** came on to be heard on the Agreed Motion to Suspend Trial Schedule (the "*Motion*"), the Court having considered the Motion and the arguments of counsel, and good cause having been shown, it is hereby **ORDERED**:

1. The Final Pretrial Order entered herein on October 25, 2005 is ~~suspended~~ *vacated* and the trial date set for December 13, 2005 concerning the Motion for Interim and Final Orders pursuant to 11 U.S.C. §§ 364(c) and 364(d): (i) Authorizing the Debtors to Obtain Postpetition Financing, etc. [Docket No. 18] is ~~stricken; and~~ *also vacated* /s/ G

2. This matter is set for status hearing on January 9, 2006 at 10:00 a.m.

Dated: - 1 DEC 2005

ENTER:

United States Bankruptcy Judge