# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Arlington Hospitality, Inc., et al | ) | Case No. 05 B 34885 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: March 15, 2006 at 10:00 a.m. |

## SUPPLEMENT TO FINAL FEE
## APPLICATION OF CHANIN CAPITAL LLC

Chanin Capital LLC ("Chanin"), Investment Banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby submits this Supplement to the Final Fee Application of Chanin Capital LLC as Investment Banker for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period September 2, 2005 Through and Including February 2, 2006 (the "Application"). In support hereof, Chanin respectfully states as follows:

1.  On February 2, 2006, Chanin filed its Application seeking final approval of professional fees in the amount of $985,628.00 and reimbursement of expenses incurred in the amount of $40,228.23. No objections were filed to the Application.

2.  On February 22, 2006, the Court conducted a hearing on the Application. At the hearing the Court approved professional fee component of the Application and entered an order awarding Chanin the requested $985,628.00 in fees. The Court requested additional backup in support of the expense reimbursement request and continued that portion of the Application for hearing on March 15, 2006 at 10:00 a.m.

3. Pursuant to the Court's request, attached hereto as Exhibits 1 through 5 are Chanin's detailed monthly expense reports and underlying receipts which supplement Chanin's request for final reimbursement of expenses in the amount of $40,228.23.

4. The following billing procedures have been employed by Chanin regarding these expenses: (a) hotel charges to the estate are capped at $250.00 per night, including taxes, per professional; (b) airfare charges to the estate are limited to economy-class pricing and ticketing; (c) no meals in New York are charged to the estate; (d) no New York transportation or parking charges have been charged to the estate; (d) messenger, delivery, reproduction, facsimile and long-distance telephone charges attributable to the Arlington engagement are actual charges isolated and charged to the estate through the use of a "charge code"; and (e) research tool expenses attributable to the Arlington engagement are charged to the estate.

5. As a result of these procedures, on several occasions the underlying receipt for a particular charge exceeds the amount billed to the estate. For instance, certain hotel bills show an actual charge greater than the $250 cap, but only $250 was charged by Chanin to the estate. Similarly, on several occasions Chanin professionals upgraded airfare tickets using personal credits and/or frequent flyer miles, but the estate is charged with the base economy-class ticket price.

6. Copies of this Supplement have been served on the main service list. Due to their voluminous nature, the exhibits have been omitted from mail service, but are available upon request to the undersigned counsel.

WHEREFORE, Chanin respectfully requests that the Court enter an order approving on a final basis its reasonable, necessary expenses incurred as the Debtors' investment banker in the amount of $40,228.23, and grant Chanin such additional relief as the Court deems equitable and just.

Respectfully submitted,

**ARLINGTON HOSPITALITY, INC., et al**

By: */s/ Jayne Laiprasert*
      One of its attorneys

Catherine L. Steege (ARDC #06183529)
Brian H. Meldrum (ARDC #06271672)
Jayne Laiprasert (ARDC #06283321)
**Jenner & Block LLP**
One IBM Plaza
Chicago, IL 60611
Phone: (312) 222 -9350
Fax: (312) 527- 0484
csteege@jenner.com
bmeldrum@jenner.com
jlaiprasert@jenner.com

Dated: March 7, 2006

## **CERTIFICATE OF SERVICE**

I, Jayne Laiprasert, certify that I caused a copy of the foregoing **Supplement to Final Fee Application of Chanin Capital LLC** to be served upon counsel of record and those individuals listed on the attached Service List by depositing the same in the U.S. mail receptacle located at One IBM Plaza, Chicago, Illinois 60611, properly addressed and postage prepaid, on March 7, 2006.



                                                  */s/ Jayne Laiprasert*
                                                   Jayne Laiprasert

# SERVICE LIST
### In re Arlington Hospitality, Inc.
### Casse No. 05-34885

Stephen G. Wolfe
United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL  60606
Telephone:  312-886-7480
Facsimile:  312-886-5794
E-Mail:  steve.g.wolfe@usdoj.gov

Paula J. Morency
Jon C. Vigano
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606
Telephone:  312-258-5500
Facsimile:  312-258-5600
E-Mail:  pmorency@schiffhardin.com
          jvigano@schiffhardin.com

Daniel M. Eliades
Gail B. Cooperman
Forman Holt & Eliades, L.L.C.
218 Route 17 North
Rochelle Park, NJ  07662
Telephone:  201-845-1000
Facsimile:  201-845-9112
E-Mail:  deliades@formanlaw.com
          gcooperman@formanlaw.com

Toby L. Gerber
Mark A. Platt
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  214-855-8000
Facsimile:  214-855-8200
E-Mail:  tgerber@fulbright.com
          mplatt@fulbright.com

Thomas C. Wolford
James A. Snyder
Neal Gerber & Eisenberg LLP
Two N. LaSalle St., Suite 2200
Chicago, IL  60602
Telephone:  312-269-8000
Facsimile:  312-269-1747
E-Mail:  twolford@ngelaw.com
          jsnyder@ngelaw.com

Patrick M. Jones
Timothy S. McFadden
Lord Bissell & Brook LLP
115 S. LaSalle St.
Chicago, IL  60603
Telephone:  312-443-0700
Facsimile:  312-443-0336
E-Mail:  pjones@lordbissell.com
          tmcfadden@lordbissell.com

John Robert Weiss
Katten Muchin Rosenman LLP
525 W. Monroe St., Ste. 1600
Chicago, IL  60661-3693
Telephone:  312-902-5644
Facsimile:  312-577-4733
E-Mail:  john.weiss@kmzr.com

K. C. McDaniel
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY  10022-2585
Telephone:  212-940-8800
Facsimile:  212-940-8776
E-Mail:  kc.mcdaniel@kmzr.com

Melanie Rovner Cohen
Christopher Combest
Quarles & Brady LLP
Citicorp Center, Suite 3700
500 W. Madison St.
Chicago, IL 60661
Telephone: 312-715-5000
Facsimile: 312-715-5155
E-Mail: mcohen@quarles.com
       ccombest@quarles.com

Matthew J. Botica
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601-9703
Telephone: 312-558-6318
Facsimile: 312-558-5700
E-Mail: mbotica@winston.com

Linda M. Weber
LaSalle National Bank
135 S. LaSalle St., Ste. 2140
Chicago, IL 60603
Telephone: 312-904-9338
Facsimile: 3152-904-8169
E-Mail: linda.weber@abnamro.com

Steven A. Ginther
Special Assistant Att'y General
Missouri Dept. of Revenue
301 W. High St., Room 670
P.O. Box 475
Jefferson City, MO 65105-7232
Telephone: 573-751-5531
Facsimile: 573-751-7232
E-Mail:

Sheryl C. Allenson
The Law Offices of Stuart P. Krauskopf, P.C.
2 N. LaSalle St., Ste. 1200
Chicago, IL 60602
Telephone: 312-224-7060
Facsimile: 312-264-5618
E-Mail: sheryl@stuklaw.com

Jonathan E. Aberman
Foley & Lardner LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60610
Telephone: 312-832-4394
Facsimile: 312-832-4700
E-Mail: jaberman@foley.com

Bruce L. Wald
Tishler & Wald, Ltd.
200 S. Wacker Dr., Ste. 3000
Chicago, IL 60606-5815
Telephone: 312-876-3800
Facsimile: 312-876-3816
E-Mail: bwald@tishlerandwald.com

Roland Hwang
Ass't Attorney General
Revenue Division
G. Mennen Williams Building, 2nd Floor
P.O. Box 30754
Lansing, MI 48909
Telephone: 517-373-3203
Facsimile: 517-241-2741
E-Mail: hwangr@ag.state.mi.us

2

CHICAGO_1357456_1