# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Arlington Hospitality, Inc., et al | ) Case No. 05 B 34885 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. A. Benjamin Goldgar |
| | ) |
| | ) Hearing: March 15, 2006 at 10:00 a.m. |

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on March 7, 2006, we filed with the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, the **Supplement to Final Fee Application of Chanin Capital LLC**, a copy of which is attached hereto and hereby served upon you. The exhibits to the Supplement are voluminous and have been omitted from mail service, but may be obtained from the Court's electronic docket or by request to the undersigned counsel.

ARLINGTON HOSPITALITY, INC.

By: _/s/ Jayne Laiprasert_
One of their attorneys

Catherine Steege (6183529)
Brian H. Meldrum (6271672)
Jayne Laiprasert (6283321)
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611
PH:   312-222-9350
FAX:  312-527-0484

# SERVICE LIST
### In re Arlington Hospitality, Inc.
### Casse No. 05-34885

Stephen G. Wolfe
United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL  60606
Telephone:  312-886-7480
Facsimile:  312-886-5794
E-Mail:  steve.g.wolfe@usdoj.gov

Paula J. Morency
Jon C. Vigano
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606
Telephone:  312-258-5500
Facsimile:  312-258-5600
E-Mail:  pmorency@schiffhardin.com
            jvigano@schiffhardin.com

Daniel M. Eliades
Gail B. Cooperman
Forman Holt & Eliades, L.L.C.
218 Route 17 North
Rochelle Park, NJ  07662
Telephone:  201-845-1000
Facsimile:  201-845-9112
E-Mail:  deliades@formanlaw.com
            gcooperman@formanlaw.com

Toby L. Gerber
Mark A. Platt
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  214-855-8000
Facsimile:  214-855-8200
E-Mail:  tgerber@fulbright.com
            mplatt@fulbright.com

Thomas C. Wolford
James A. Snyder
Neal Gerber & Eisenberg LLP
Two N. LaSalle St., Suite 2200
Chicago, IL  60602
Telephone:  312-269-8000
Facsimile:  312-269-1747
E-Mail:  twolford@ngelaw.com
            jsnyder@ngelaw.com

Patrick M. Jones
Timothy S. McFadden
Lord Bissell & Brook LLP
115 S. LaSalle St.
Chicago, IL  60603
Telephone:  312-443-0700
Facsimile:  312-443-0336
E-Mail:  pjones@lordbissell.com
            tmcfadden@lordbissell.com

John Robert Weiss
Katten Muchin Rosenman LLP
525 W. Monroe St., Ste. 1600
Chicago, IL  60661-3693
Telephone:  312-902-5644
Facsimile:  312-577-4733
E-Mail:  john.weiss@kmzr.com

K. C. McDaniel
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY  10022-2585
Telephone:  212-940-8800
Facsimile:  212-940-8776
E-Mail:  kc.mcdaniel@kmzr.com

Melanie Rovner Cohen
Christopher Combest
Quarles & Brady LLP
Citicorp Center, Suite 3700
500 W. Madison St.
Chicago, IL  60661
Telephone:  312-715-5000
Facsimile:  312-715-5155
E-Mail:  mcohen@quarles.com
        ccombest@quarles.com

Matthew J. Botica
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL  60601-9703
Telephone:  312-558-6318
Facsimile:  312-558-5700
E-Mail:  mbotica@winston.com

Linda M. Weber
LaSalle National Bank
135 S. LaSalle St., Ste. 2140
Chicago, IL  60603
Telephone:  312-904-9338
Facsimile:  3152-904-8169
E-Mail:  linda.weber@abnamro.com

Steven A. Ginther
Special Assistant Att'y General
Missouri Dept. of Revenue
301 W. High St., Room 670
P.O. Box 475
Jefferson City, MO  65105-7232
Telephone:  573-751-5531
Facsimile:  573-751-7232
E-Mail:

Sheryl C. Allenson
The Law Offices of Stuart P. Krauskopf, P.C.
2 N. LaSalle St., Ste. 1200
Chicago, IL  60602
Telephone:  312-224-7060
Facsimile:  312-264-5618
E-Mail:  sheryl@stuklaw.com

Jonathan E. Aberman
Foley & Lardner LLP
321 N. Clark St., Ste. 2800
Chicago, IL  60610
Telephone:  312-832-4394
Facsimile:  312-832-4700
E-Mail:  jaberman@foley.com

Bruce L. Wald
Tishler & Wald, Ltd.
200 S. Wacker Dr., Ste. 3000
Chicago, IL  60606-5815
Telephone:  312-876-3800
Facsimile:  312-876-3816
E-Mail:  bwald@tishlerandwald.com

Roland Hwang
Ass't Attorney General
Revenue Division
G. Mennen Williams Building, 2nd Floor
P.O. Box 30754
Lansing, MI  48909
Telephone:  517-373-3203
Facsimile:  517-241-2741
E-Mail:  hwangr@ag.state.mi.us

2

CHICAGO_1357456_1