**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **ARLINGTON HOSPITALITY, INC., et al.,** | ) | Case No. 05-34885 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Bankruptcy Judge A. Benjamin Goldgar |

**NOTICE OF AGREED MOTION TO MODIFY FINAL PRETRIAL ORDER**

PLEASE TAKE NOTICE that on April 19, 2006 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, courtroom 613, U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or, in his absence, before such judge who may be sitting in his stead, and shall then present the attached Agreed Motion to Modify Final Pretrial Order at which time and place you may appear if you so see fit.

Dated: April 17, 2006

Respectfully Submitted,
**ARLINGTON LF, LLC**

By: /s/John Robert Weiss
      One if its Attorneys

John Robert Weiss (Ill. #6190335)
Matthew A. Olins (Ill. #6275636)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
Email: john.weiss@kattenlaw.com

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **ARLINGTON HOSPITALITY, INC., et al.,** | ) Case No. 05-34885 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Bankruptcy Judge A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE REGARDING AGREED
## MOTION TO MODIFY FINAL PRETRIAL ORDER

I, John Robert Weiss, an attorney, on oath state that, on this day, the attached **Motion to Modify Final Pretrial Order** was served electronically by this Court's system on parties receiving electronic notice.

|  |  |
|---|---|
| Dated: April 17, 2006 | Respectfully Submitted,<br>**ARLINGTON LF, LLC**<br><br>By: /s/John Robert Weiss<br>     One if its Attorneys<br><br>John Robert Weiss (Ill. #6190335)<br>Matthew A. Olins (Ill. #6275636)<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br>Email: john.weiss@kattenlaw.com |

**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| **ARLINGTON HOSPITALITY, INC., et al.,** | ) Case No. 05-34885 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Bankruptcy Judge A. Benjamin Goldgar |

### AGREED MOTION TO MODIFY FINAL PRETRIAL ORDER

NOW COMES Arlington LF, LLC ("*Lender*"), by and through its attorneys, and respectfully moves this honorable Court to modify the Final Pretrial Order (the "*Pretrial Order*") entered herein on January 25, 2006 in the ongoing dispute between Arlington Hospitality, Inc. ("*Debtor*"), the Official Committee of Unsecured Creditors ("*Committee*") and Lender. In support of this Motion, Lender states as follows:

1. On January 27, 2006, Lender filed its Motion for Allowance and Payment of Post-Petition Administrative Expense and Secured Claims (the "*Payment Motion*"), Docket No. 592. Both the Debtor and the Committee filed objections to the Payment Motion. The Pretrial Order contains deadlines for completion of discovery and submission of pretrial materials by the litigants, and sets a trial date of May 4, 2006.

2. Lender, the Debtor, and the Committee have been cooperating in discovery and in preparation of pretrial materials, but have not yet completed their tasks. The parties have not yet completed responding to written discovery requests, and there are five depositions yet to be taken. The parties anticipate that discovery will be completed in 30 days.

3. A delay in trial of the Payment Motion will not prejudice the Debtor nor its creditors, since resolution of the Payment Motion will not affect the disposition of any of the Debtor's assets nor impede the Debtor's progress toward exit from bankruptcy.

4.       The Debtor and the Committee have agreed to the relief sought herein.

**WHEREFORE**, Lender respectfully requests that this Court modify the Pretrial Order to extend the deadlines contained therein by 30 days, and to re-set the trial date for a date convenient to the Court's calendar.

Dated: April 17, 2006                                          Respectfully Submitted,

**ARLINGTON LF, LLC**

By: /s/John Robert Weiss
       One if Its Attorneys

John Robert Weiss (Ill. #6190335)
Matthew A. Olins (Ill. #6275636)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
Email: john.weiss@kattenlaw.com