UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARLINGTON HOSPITALITY, INC., | ) | No. 05 B 34885 |
| et al., | ) | (jointly administered) |
| | ) | |
| Debtors. | ) | Judge Goldgar |

## FINAL PRETRIAL ORDER

This matter is set for hearing on the motion of Wells Fargo Bank, N.A., as Trustee, for allowance and payment of postpetition fees, costs, charges and interest, at the United States Courthouse, 219 South Dearborn Street, Room 613, Chicago, Illinois on June 29, 2006, at 9:30 a.m. At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the following provisions will govern the course of proceedings in this case:

1. **Continuances.** The hearing date is firm. No continuance of the hearing date will be granted other than for exceptionally good cause shown. Any motion for continuance must be presented, with proper notice, at least ten (10) days before the hearing date.

2. **Discovery.** The parties having indicated no need for discovery, discovery is closed.

3. **Issues for Hearing.** The parties having indicated agreement to limit the issues, the hearing will be on all issues except valuation. Valuation issues are reserved for later hearing.

4. **Pleadings.** The Debtors and the Official Committee of Unsecured Creditors shall file their objections to the attorney's fees and costs of counsel for Wells Fargo Bank, N.A., as Trustee, on or before June 15, 2006. The objections must specifically list *each* time entry to which there is an objection. For each entry listed, the objectors must include (1) the date of the entry, (2) the initials of the lawyer making the entry, and (3) the basis for objection to the entry. Apart from the foregoing objections, no party seeks to file any further pleadings, objections, memoranda or dispositive motions.

5. **Exhibits and Exhibit Lists.** Fourteen (14) days before the hearing date, all

parties must exchange copies of all exhibits to be introduced into evidence. Each proposed exhibit must be clearly numbered in the order of its probable presentation at the hearing. Each document must be given a separate exhibit number.

In addition to the exhibits, all parties must exchange and file with the court a list of the numbered exhibits. Next to each exhibit a brief description of each exhibit must be provided.

One (1) set of the exhibits and one (1) copy of the exhibit list must be submitted to chambers on the filing date.

If no written objection to an exhibit is filed with the court and tendered to the proponent within seven (7) days of the receipt of the proposed exhibit, the exhibit will be deemed admitted into evidence.

6. **Witnesses and Witness Lists.** Fourteen (14) days before the hearing date, all parties must exchange and file with the court a list of all witnesses they intend to call at the hearing, together with a brief description of the subject matter of the witness's testimony.

One (1) copy of the witness list must be submitted to chambers on the filing date.

7. **Joint List of Stipulated Facts.** To the extent reasonably possible, the parties must stipulate to facts and documents. Fourteen (14) days before the hearing date, the parties must file with the court a joint list, signed by counsel, stating all facts and documents to which the parties have stipulated. The stipulations are deemed admitted into evidence.

8. **Motions *in limine*.** All motions to limit, exclude or bar testimony of a witness, or to exclude deposition testimony, must be filed at least seven (7) days before the hearing date. Responses are due three (3) days thereafter. No replies may be filed.

9. **Compliance with this Order.** Failure to comply with this Order *will* result in the imposition of appropriate sanctions pursuant to Rule 16(f), Fed. R. Civ. P. 16(f) (made applicable by Fed. R. Bankr. R. Rule 7016). These include, but are not limited to, the following:

    a.    Any exhibit not listed and exchanged in accordance with this Order will not be admitted into evidence. A party who fails to exchange and file the list of exhibits that this Order requires will be precluded from introducing

any exhibits into evidence. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

b.  Any witness not identified and listed in accordance with this Order will be barred from testifying at the hearing. A party who fails to exchange and file with the court the list of witnesses that this Order requires will be barred from presenting any witnesses. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

Dated: May 1, 2006

ENTER: _____
A. Benjamin Goldgar
United States Bankruptcy Judge