UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARLINGTON HOSPITALITY, et al., | ) | No. 05 B 34885 (jointly administered) |
| | ) | |
| Debtors. | ) | Judge Goldgar |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING JENNER & BLOCK LLP, INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Total fees requested: $378,357.50      Total costs requested: $17,023.92
Total fees reduced:  $  6,850.95        Total costs reduced:   $    156.50
Total fees allowed:  $371,506.55        Total costs allowed:   $16,867.42

### TOTAL FEES AND COSTS ALLOWED: $388,530.47

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMBER THAT APPEARS TO THE RIGHT OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMBERS REFER TO THE PARAGRAPHS BELOW.

(1)   **Improper Allocation of Professional Resources**

The court denies the allowance in part of compensation for tasks where a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

(2)   **Unreasonable Time**

The court denies the allowance in part of compensation for tasks where the professional or paraprofessional expended an unreasonable amount of time on the task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The court will determine what is the reasonable amount of time an attorney should have to spend on a given project. . . . An attorney should not be

rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate.")). *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

### (3)    Reimbursement Limited to Actual, Necessary Expenses

The court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B), 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

### (4)    Insufficient Description

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D.Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

### (5)    Duplication of Services

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

### (6)    Meal Expenses

The court denies the allowance of reimbursement for meal expenses. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

### (7)    Lumping

The court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(8) Trustee Work Can Not Be Compensated As Professional Services**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997).

**(9) Proper Time Increments for Billing**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987). This penalty will be imposed where time increments larger than one-tenth of an hour are used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

**(10) Fees Requested Are A Statutory Cap And Not Supported By Work Performed**

The court denies the allowance of compensation in the amount provided for in section 326 of the Bankruptcy Code when the fees requested are not supported by supporting documentation of the services performed or when such compensation appears unreasonably excessive. "The Court may award a trustee less than the statutory fee pursuant to section 326(a). Section 326(a) sets a ceiling on a trustee's fees, and does not create an entitlement to a commission in that amount." *In re Stoecker*, 118 B.R. 596, 601 (Bankr. N.D. Ill. 1990). "The maximum statutory fee is indeed a ceiling, not a floor; reductions below it may be considered." *In re Wire Cloth Products, Inc.*, 130 B.R. 798 (Bankr. N.D. Ill. 1991).

**(11) Overhead Costs are Non-Compensable**

The court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking and transportation at the estate's expense. *See In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989).

**(12) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. *In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to

reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(13)    No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case.  11 U.S.C. § 330(a)(4)(A).  An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

**(14)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error.  Where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

**(15)    Work Performed before Employment Authorized**

The court denies compensation for work an attorney performed before the court authorized the attorney's retention. *In re Del Monico,* No. 04 B 38235, 2006 WL 345013, at *2 (Bankr. N.D. Ill. Feb. 15, 2006); *In re Jeanes,* No. 01-760, 2004 WL 1718093, at *2 (Bankr. N.D. Iowa June 17, 2004).

Dated:  August 28, 2006

                                                     _____
                                                     A. Benjamin Goldgar
                                                     United States Bankruptcy Judge

Case 05-34885    Doc 1125    Filed 08/28/06    Entered 08/31/06 11:28:58    Desc Main
Document    Page 5 of 16

05-34885:1048.1:Application for Compensation:Exhibit A Part 1 of 2 Entered: 7/24/2006 12:12:45 PM by:Catherine Steege Page 12 of 42

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 5/04/06 | CXD | 1.70 | Attended court hearing; reviewed affidavit and Orix objection to Jenner fee application. | 484.50 — 7 |
| 5/05/06 | CS | .10 | Prepared amendment to fee order. | 56.50 |
| 5/08/06 | CS | .30 | Worked on fee statement. | 169.50 |
| 5/10/06 | CS | .30 | Worked on bill. | 169.50 |
| 5/11/06 | MHM | .30 | Prepared fee application for electronic filing and filed same. | 67.50 |
| 5/11/06 | MHM | .30 | Proofread exhibit for calculation of time and fees. | 67.50 |
| 6/09/06 | CS | .40 | Worked on bill. | 226.00 |
| 6/19/06 | CS | .60 | Revised and filed fee statement. | 339.00 |
| 6/19/06 | MHM | .60 | Prepared fee application for electronic filing and filed same. | 135.00 |
| | | 37.30 | PROFESSIONAL SERVICES | 15,697.00 |

3

CHICAGO_1428867_1

Case 05-34885    Doc 1125    Filed 08/28/06    Entered 08/31/06 11:28:58    Desc Main
Document    Page 6 of 16

05-34885:1048_1:Application for Compensation:Exhibit A Part 1 of 2 Entered: 7/24/2006 12:12:45 PM by:Catherine Steege Page 27 of 42

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/28/06 | RIR | .40 | Exchanged emails re Chicago Title check disbursement(.30); office conference with C. Steege regarding deed in lieu issues (.10) | 180.00 |
| 3/28/06 | CS | .20 | Telephone conference with M. Botica re Orix settlement. | 113.00 |
| 3/28/06 | CS | .30 | Telephone conference with B. Meldrum re Orix reply. | 169.50 |
| 3/28/06 | BHM | 7.00 | Legal research re interests in joint venture entities to respond to Committee's inquiry (3.00); worked on drafting Orix response brief (4.00). | 2,695.00 |
| 3/28/06 | JZL | 2.40 | Reviewed fee detail for Orix in preparation for response to 506(b) claim. | 600.00 |
| 3/28/06 | JZL | 5.90 | Drafted attorney fees section for objection to 506(b) claim. | 1,475.00 |
| 3/28/06 | NHB | 1.00 | Met with A. Long re status of closing documents for sale of building (.40); reviewed preliminary drafts of documents (.20); began revisions of same (.40). | 210.00 |
| 3/28/06 | AKL | 3.70 | Continued to draft documents in preparation to closing (1.60); contacted counsel at Lord Bissell to clarify issues and to obtain additional forms of documents (.50); updated R. Reicin with status and to further clarify issues (1.60). | 592.00 |
| 3/29/06 | RIR | 1.10 | Office conference with A. Long re draft document preparation (.50); reviewed draft documents and made changes to same (.30); office conference with B. Meldrum re hotel closing date (.20); reviewed emails and worked on pro ration statement prepared by J. Dale (.10). | 495.00 |
| 3/29/06 | CS | 6.00 | Revised and filed responses to Orix's request for claim. | 3,390.00 |
| 3/29/06 | MHM | .40 | Prepared for electronic filing and filed objection to Orix claim for administrative expenses. | 90.00 |
| 3/29/06 | BHM | 8.70 | Conducted supplemental research (4.00), drafted and edited Orix response brief and prepared same for filing (3.00); reviewed Committee's objection to Orix 506(b) claim (1.70). | 3,349.50 -4 |
| 3/29/06 | JZL | 3.60 | Line-edited Orix objection (3.00); drafted motion re excess pages (.30); reviewed fee statements for auction attendance (.30). | 900.00 |

3

CHICAGO_1428983_1

Case 05-34885  Doc 1125  Filed 08/28/06  Entered 08/31/06 11:28:58  Desc Main
Document  Page 7 of 16

05-34885:1048.1:Application for Compensation:Exhibit A Part 1 of 2 Entered: 7/24/2006 12:12:45 PM by:Catherine Steege Page 32 of 42

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/12/06 | MHM | 1.40 | Worked on preparing powerpoint of Hammond LP organization. | 315.00 |
| 6/12/06 | BHM | 1.40 | Worked on Orix response. | 539.00 |
| 6/12/06 | JZL | .20 | Office conference with C. Steege re review of Orix supplemental fees. | 50.00 |
| 6/12/06 | JZL | 1.60 | Reviewed Orix's supplement and request for fees and categorized into objections. | 400.00 |
| 6/12/06 | JZL | 2.30 | Drafted narrative to accompany objection to Orix's supplemental fees. | 575.00 |
| 6/13/06 | CS | .40 | Worked on Orix supplemental objection re fees. | 226.00 |
| 6/13/06 | MHM | 3.20 | Reviewed files for consent and assumption agreements. | 720.00 |
| 6/13/06 | MHM | 2.10 | Prepared analysis of Orix' counsel fees by category. | 472.50 |
| 6/13/06 | MHM | 3.10 | Continued reviewing files and preparing initial notebooks of exhibits. | 697.50 |
| 6/13/06 | BHM | 1.50 | Worked on Orix itemized objection. | 577.50 |
| 6/13/06 | JZL | 4.60 | Drafted narrative for particular objections to Orix primary time entries; reviewed Orix supplement. | 1,150.00 —7 |
| 6/14/06 | CS | .50 | Reviewed Orix' exhibits and revised witness list. | 282.50 |
| 6/14/06 | MHM | 1.60 | Worked on preparing organization for Hammond partnership. | 360.00 |
| 6/14/06 | MHM | .70 | Worked on preparing trial materials for transport to hearing. | 157.50 |
| 6/14/06 | MHM | 3.60 | Continued reviewing files and completing Orix exhibit list. | 810.00 |
| 6/14/06 | MHM | 1.90 | Prepared binder of depositions for presentation at hearing. | 427.50 |
| 6/14/06 | BHM | 3.00 | Continued drafting statement re Orix 506(b) claim. | 1,155.00 |
| 6/15/06 | CS | .50 | Revised Orix brief re fees. | 282.50 |
| 6/15/06 | MHM | 3.80 | Worked on proofreading, finalizing and transmitting exhibit notebooks to Committee and opposing counsel re Orix hearing. | 855.00 |

Case 05-34885    Doc 1125    Filed 08/28/06    Entered 08/31/06 11:28:58    Desc Main
Document    Page 8 of 16

05-34885:1048.1:Application for Compensation:Exhibit A Part 1 of 2 Entered: 7/24/2006 12:12:45 PM by:Catherine Steege Page 34 of 42

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/23/06 | CS | .50 | Prepared for hearing. | 282.50 |
| 6/23/06 | CS | .20 | Telephone conference with M. Botica re mediation re Orix. | 113.00 |
| 6/23/06 | BHM | .40 | Reviewed proposed stipulated facts and emails re same (.3); emailed with team re witness preparation next week (.1). | 154.00 |
| 6/26/06 | CS | .60 | Reviewed revised stipulation of facts and commented re same. | 339.00 |
| 6/26/06 | CS | .40 | Telephone conference with B. Meldrum re Orix trial preparation. | 226.00 |
| 6/26/06 | CS | .30 | Telephone conference with D. Kallick re trial preparation. | 169.50 |
| 6/26/06 | BHM | 1.40 | Telephone conference with C. Steege re status/hearing on Thursday (.5); legal research re attorney fee issue (.9). | 539.00 |
| 6/27/06 | CS | 3.50 | Met with J. Dale and L. Vainikos re testimony. | 1,977.50 |
| 6/27/06 | CS | .30 | Telephone conference with M. Botica re hearing strategy. | 169.50 |
| 6/27/06 | CS | 5.00 | Prepared witness outlines for J. Dale, L. Vainikos, and D. Kallick. | 2,825.00 |
| 6/27/06 | CS | 1.00 | Office conference with B. Meldrum re cross examinations. | 565.00 |
| 6/27/06 | MHM | 1.20 | Reviewed files for transcripts and prepared folders of same for trial. | 270.00 |
| 6/27/06 | BHM | 7.90 | Prepared witnesses and prepared for 6/29 Orix trial (6.25); reviewed direct examination outlines (.5); legal research re parol evidence, Rule 2016 (1.0); office conference with J. Laiprasert re same (.2). | 3,041.50 |
| 6/27/06 | JZL | 3.70 | Researched issues raised by Orix in its trial materials. | 925.00 -4 |
| 6/27/06 | JZL | 3.80 | Researched issues raised by Orix | 950.00 -4 |
| 6/28/06 | CS | 3.00 | Prepared argument outlines for hearing. | 1,695.00 |
| 6/28/06 | CS | 1.00 | Reviewed case law re evidentiary issues expected to occur in case. | 565.00 |
| 6/28/06 | MHM | 1.60 | Organized trial exhibits and materials for transport to hearing. | 360.00 |

Case 05-34885    Doc 1125    Filed 08/28/06    Entered 08/31/06 11:28:58    Desc Main
Document    Page 9 of 16

05-34885:1048.1:Application for Compensation:Exhibit A Part 1 of 2 Entered: 7/24/2006 12:12:45 PM by:Catherine Steege Page 35 of 42

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/28/06 | BHM | 6.70 | Worked on reviewing documents for Orix trial and prepared cross-examination outline (6.2); studied cases re time entry evidence issues (.5). | 2,579.50 |
| 6/29/06 | CS | 2.00 | Prepared for Orix hearing. | 1,130.00 |
| 6/29/06 | CS | 7.50 | Attended Orix hearing. | 4,237.50 |
| 6/29/06 | MHM | .40 | Arranged for delivery of trial materials to court. | 90.00 |
| 6/29/06 | MHM | 1.30 | Organized trial exhibits and notebooks for hearing. | 292.50 |
| 6/29/06 | MHM | .70 | Prepared multiple copies of operating agreement and Days Inn information and delivered to hearing. | 157.50 |
| 6/29/06 | MHM | 1.30 | Researched dockets for notices of commencement for various cases and arranged for same to be delivered to hearing. | 292.50 |
| 6/29/06 | MHM | .80 | Prepared and transported trial materials from court. | 180.00 |
| 6/29/06 | MHM | 1.40 | Attended to matters at trial, including additional research for certain service lists. | 315.00 |
| 6/29/06 | BHM | 8.50 | Prepared for and attended Orix trial. | 3,272.50 |
| 6/29/06 | RTG | 1.00 | Arranged for chamber copies for Orix trial exhibits. | 120.00 |
| 6/30/06 | CS | .50 | Various telephone conferences re Orix trial scheduling with parties in case. | 282.50 |
| 6/30/06 | CS | 1.00 | Attended hearing re trial date. | 565.00 |
| 6/30/06 | BHM | .10 | Exchanged emails re next trial date. | 38.50 |
| | | 311.70 | PROFESSIONAL SERVICES | 112,134.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 2/07/06 | FedEx Tracking# 697182281468 Invoice# 334181803 | 10.50 |
| 2/28/06 | Telephone Expense | 1.95 |
| 3/01/06 | In-City Transportation | 12.00 |
| 3/02/06 | Network Printing | 34.29 |
| 3/02/06 | Network Printing | 3.24 |
| 3/02/06 | Photocopy-NQue | 197.01 |
| 3/03/06 | Network Printing | 47.88 |
| 3/06/06 | In-City Transportation | 13.00 |
| 3/06/06 | Network Printing | 31.41 |
| 3/06/06 | Photocopy-NQue | .81 |
| 3/07/06 | Postage Nque | 10.08 |
| 3/07/06 | Photocopy & Related Expenses | 3.00 |
| 3/07/06 | Photocopy-NQue | 14.58 |
| 3/08/06 | In-City Transportation | 11.00 |
| 3/08/06 | Telephone(ID: 1029935) | .45 |
| 3/08/06 | Telephone(ID: 1030154) | .30 |
| 3/08/06 | Telephone(ID: 1030448) | .45 |
| 3/08/06 | Telephone(ID: 1030435) | .30 |
| 3/08/06 | Telephone(ID: 1030117) | .45 |
| 3/09/06 | Network Printing | 18.27 |
| 3/10/06 | Photocopy-NQue | 6.57 |
| 3/10/06 | Telephone(ID: 1041427) | 1.65 |
| 3/10/06 | Telephone(ID: 1042111) | 1.05 |
| 3/10/06 | Telephone(ID: 1042102) | 1.65 |
| 3/10/06 | Telephone(ID: 1041933) | 1.50 |
| 3/10/06 | Telephone(ID: 1041895) | .90 |
| 3/10/06 | Telephone(ID: 1042007) | 1.05 |
| 3/13/06 | Photocopy-NQue | 22.05 |
| 3/14/06 | Photocopy-NQue | .72 |
| 3/15/06 | Photocopy-NQue | 179.91 |
| 3/15/06 | Photocopy-NQue | 5.31 |
| 3/16/06 | Network Printing | 6.75 |
| 3/16/06 | Photocopy-NQue | 1.62 |
| 3/17/06 | In-City Transportation | 11.00 |
| 3/21/06 | Photocopy-NQue | 16.29 |
| 3/21/06 | Telephone(ID: 1095959) | .30 |
| 3/21/06 | Telephone(ID: 1096144) | .30 |
| 3/21/06 | Telephone(ID: 1096140) | .30 |
| 3/21/06 | Telephone(ID: 1096235) | .30 |
| 3/21/06 | Telephone(ID: 1096226) | .15 |

| Date | Description | Amount |
|---|---|---|
| 3/21/06 | Telephone(ID: 1096279) | .15 |
| 3/21/06 | Telephone(ID: 1096049) | .45 |
| 3/21/06 | Telephone(ID: 1097051) | 2.70 |
| 3/22/06 | Telephone Expense | 4.95 |
| 3/22/06 | Network Printing | 8.19 |
| 3/22/06 | Photocopy-NQue | 23.85 |
| 3/22/06 | Photocopy-NQue | 207.90 |
| 3/22/06 | Telephone(ID: 1097216) | 1.05 |
| 3/22/06 | Telephone(ID: 1097682) | .30 |
| 3/22/06 | Telephone(ID: 1097681) | .15 |
| 3/23/06 | Network Printing | 3.42 |
| 3/23/06 | Photocopy-NQue | .81 |
| 3/23/06 | Photocopy-NQue | 23.49 |
| 3/23/06 | Photocopy-NQue | .72 |
| 3/24/06 | Photocopy-NQue | .36 |
| 3/27/06 | Postage Nque | 256.62 |
| 3/27/06 | Photocopy & Related Expenses | 12.48 |
| 3/27/06 | Photocopy & Related Expenses | 2.36 |
| 3/27/06 | Network Printing | .54 |
| 3/27/06 | Photocopy-NQue | 63.00 |
| 3/28/06 | In-City Transportation | 5.00 |
| 3/28/06 | Postage Nque | 72.90 |
| 3/28/06 | Photocopy-NQue | 142.11 |
| 3/28/06 | Photocopy-NQue | 57.15 |
| 3/29/06 | Network Printing | 7.47 |
| 3/29/06 | Photocopy-NQue | 10.26 |
| 3/29/06 | Photocopy-NQue | 1.26 |
| 3/29/06 | Telephone(ID: 1120758) | 1.65 |
| 3/29/06 | Telephone(ID: 1121384) | 1.20 |
| 3/29/06 | Telephone(ID: 1121370) | 1.65 |
| 3/29/06 | Telephone(ID: 1121086) | 1.50 |
| 3/29/06 | Telephone(ID: 1121046) | 1.05 |
| 3/29/06 | Telephone(ID: 1121163) | 1.05 |
| 3/30/06 | Photocopy & Related Expenses | 2.00 |
| 3/30/06 | Network Printing | 16.11 |
| 3/30/06 | Photocopy-NQue | .54 |
| 3/30/06 | Photocopy-NQue | .54 |
| 3/31/06 | Lexis Research | 321.05 |
| 3/31/06 | Westlaw Research | 12.72 |
| 3/31/06 | Westlaw Research | 184.66 |
| 3/31/06 | Network Printing | 28.35 |
| 3/31/06 | Photocopy-NQue | 45.00 |

| Date | Description | Amount |
|---|---|---|
| 4/03/06 | Network Printing | 16.38 |
| 4/03/06 | Photocopy | 15.12 |
| 4/04/06 | Photocopy | 1.08 |
| 4/04/06 | Photocopy | 1.08 |
| 4/05/06 | In-City Transportation | 11.00 |
| 4/05/06 | Telephone | 24.70 |
| 4/05/06 | Telephone | .30 |
| 4/06/06 | Photocopy | 1.00 |
| 4/06/06 | Pacer Charges | 28.24 |
| 4/06/06 | Pacer Charges | 65.84 |
| 4/07/06 | Photocopy | 3.15 |
| 4/10/06 | Photocopy | 1.71 |
| 4/11/06 | Postage | 55.20 |
| 4/11/06 | Photocopy | 3.96 |
| 4/11/06 | Photocopy | 126.00 |
| 4/11/06 | Photocopy | 185.85 |
| 4/11/06 | Telephone | .15 |
| 4/12/06 | Network Printing | .54 |
| 4/12/06 | Photocopy | 527.13 |
| 4/13/06 | Telephone | 1.65 |
| 4/13/06 | Photocopy | 1.35 |
| 4/14/06 | Photocopy | 11.30 |
| 4/14/06 | Photocopy | .18 |
| 4/17/06 | Postage | 18.90 |
| 4/17/06 | Photocopy | 27.36 |
| 4/18/06 | Photocopy | 12.60 |
| 4/18/06 | Photocopy | .27 |
| 4/19/06 | Photocopy | 287.64 |
| 4/20/06 | Postage | 9.20 |
| 4/20/06 | Photocopy | 41.84 |
| 4/20/06 | Network Printing | 2.52 |
| 4/20/06 | Photocopy | 3.15 |
| 4/20/06 | Telephone | .75 |
| 4/20/06 | Telephone | .45 |
| 4/20/06 | Telephone | .60 |
| 4/20/06 | Telephone | .60 |
| 4/20/06 | Telephone | .45 |
| 4/20/06 | Telephone | .90 |
| 4/21/06 | Postage | .63 |
| 4/21/06 | Photocopy | 16.56 |
| 4/21/06 | Telephone | 3.30 |
| 4/21/06 | Telephone | 1.65 |

3

| Date | Description | Amount |
|---|---|---|
| 4/21/06 | Telephone | 2.70 |
| 4/21/06 | Telephone | 2.40 |
| 4/21/06 | Telephone | 1.65 |
| 4/21/06 | Telephone | 1.65 |
| 4/23/06 | Photocopy | 84.87 |
| 4/24/06 | In-City Transportation | 5.00 |
| 4/24/06 | Photocopy | 1.00 |
| 4/24/06 | Photocopy | 530.46 |
| 4/25/06 | Network Printing | 4.77 |
| 4/25/06 | Photocopy | 3.96 |
| 4/25/06 | Photocopy | 4.14 |
| 4/26/06 | Postage | 11.97 |
| 4/26/06 | Photocopy | 58.80 |
| 4/26/06 | Network Printing | 199.98 |
| 4/26/06 | Photocopy | 30.42 |
| 4/26/06 | Photocopy | 12.51 |
| 4/27/06 | Postage | 62.13 |
| 4/27/06 | Network Printing | .18 |
| 4/27/06 | Photocopy | 125.55 |
| 4/30/06 | Lexis Research | 509.19 |
| 4/30/06 | Westlaw Research | 23.86 |
| 4/30/06 | Westlaw Research | 28.47 |
| 3/24/06 | FedEx Tracking# 697182314485 Invoice# 342830317 | 19.74 |
| 3/31/06 | Pacer Charges | 5.76 |
| 4/06/06 | Pacer Charges | 338.40 |
| 4/06/06 | Pacer Charges | 9.36 |
| 4/06/06 | Pacer Charges | 1.44 |
| 4/09/06 | Photocopy-NQue | 10.80 |
| 4/11/06 | FedEx Tracking# 707367189834 Invoice# 345516713 | 36.18 |
| 4/18/06 | FedEx Tracking# 707367195440 Invoice# 346838419 | 13.15 |
| 4/28/06 | Telephone Expense | 2.55 |
| 5/01/06 | In-City Transportation | 9.50 |
| 5/01/06 | Postage Nque | 75.21 |
| 5/01/06 | Photocopy & Related Expenses | 8.96 |
| 5/01/06 | Photocopy-NQue | .54 |
| 5/01/06 | Photocopy-NQue | 83.34 |
| 5/02/06 | Network Printing | 2.70 |
| 5/02/06 | Photocopy-NQue | .09 |
| 5/03/06 | ID=18288 Conducted by Steege; Catherine Type: deposition # in Attendance 7 | 37.20 |
| 5/03/06 | FedEx Tracking# 707367205709 Invoice# 349450191 | 12.56 |
| 5/03/06 | FedEx Tracking# 707367205710 Invoice# 349450191 | 13.49 |
| 5/03/06 | Network Printing | 4.23 |

4

| Date | Description | Amount |
|---|---|---|
| 5/25/06 | Photocopy-NQue | .81 |
| 5/26/06 | Network Printing | 7.74 |
| 5/26/06 | Photocopy-NQue | 3.78 |
| 5/26/06 | Telephone(ID: 1354772) | .15 |
| 5/27/06 | Photocopy-NQue | 15.93 |
| 5/30/06 | Network Printing | 13.41 |
| 5/30/06 | Photocopy-NQue | 20.25 |
| 5/30/06 | Telephone(ID: 1360399) | .45 |
| 5/31/06 | In-City Transportation - RG - 5/30/06 | 13.00 |
| 5/31/06 | Lexis Research | 1,449.03 |
| 5/31/06 | Westlaw Research | 499.48 |
| 5/31/06 | Court Reporter Charge - 10/25/05 hearing Void Check # - 000510800 | 153.00 |
| 5/31/06 | Court Reporter Charge - 10/25/05 hearing Void Check # - 000510800 | -153.00 |
| 5/31/06 | Network Printing | 10.08 |
| 5/31/06 | Photocopy-NQue | 70.38 |
| 5/31/06 | Telephone(ID: 1365840) | 1.05 |
| 5/31/06 | Telephone(ID: 1366006) | .75 |
| 5/31/06 | Telephone(ID: 1365994) | 1.20 |
| 5/31/06 | Telephone(ID: 1366323) | 1.05 |
| 5/31/06 | Telephone(ID: 1366297) | 1.80 |
| 5/31/06 | Telephone(ID: 1366369) | .75 |
| 5/30/06 | Court Reporter Charge - 5/10/06 deposition of K.C. McDaniel | 795.19 |
| 5/30/06 | ID=18664  Conducted by Steege; Catherine Type: Meeting # in Attendance 5 | 77.18 |
| 5/31/06 | Court Reporter Charge | 153.00 |
| 6/01/06 | Postage Nque | 5.15 |
| 6/01/06 | Photocopy & Related Expenses | 1.00 |
| 6/01/06 | Network Printing | 5.85 |
| 6/01/06 | Photocopy-NQue | 111.06 |
| 6/02/06 | Photocopy-NQue | 8.01 |
| 6/02/06 | Photocopy-NQue | 122.49 |
| 6/06/06 | Telephone(ID: 1388916) | 1.05 |
| 6/07/06 | Network Printing | .72 |
| 6/07/06 | Photocopy-NQue | 46.08 |
| 6/07/06 | Telephone(ID: 1393074) | .30 |
| 6/07/06 | Telephone(ID: 1393248) | .15 |
| 6/07/06 | Telephone(ID: 1393239) | .30 |
| 6/07/06 | Telephone(ID: 1393573) | .30 |
| 6/07/06 | Telephone(ID: 1393553) | .30 |
| 6/07/06 | Telephone(ID: 1393618) | .15 |
| 6/07/06 | Telephone(ID: 1393075) | 1.35 |
| 6/07/06 | Telephone(ID: 1393247) | .90 |
| 6/07/06 | Telephone(ID: 1393238) | 1.50 |

| Date | Description | Amount |
|---|---|---|
| 6/07/06 | Telephone(ID: 1393572) | 1.35 |
| 6/07/06 | Telephone(ID: 1393552) | .90 |
| 6/07/06 | Telephone(ID: 1393617) | .90 |
| 6/08/06 | In-City Transportation | 10.00 |
| 6/08/06 | Court Reporter Charge - Transcript of James Dale's deposition | 335.70 |
| 6/08/06 | Court Reporter Charge - 5/31/06 transcript of Richard Morgner | 546.55 |
| 6/08/06 | Network Printing | 5.04 |
| 6/08/06 | Photocopy-NQue | 24.48 |
| 6/09/06 | Network Printing | 6.30 |
| 6/09/06 | Photocopy-NQue | 33.21 |
| 6/11/06 | Photocopy-NQue | 5.58 |
| 6/12/06 | Special Messenger Service | 8.85 |
| 6/12/06 | Special Messenger Service | 8.85 |
| 6/12/06 | Special Messenger Service | 5.90 |
| 6/12/06 | Special Messenger Service | 22.60 |
| 6/12/06 | Special Messenger Service | 11.30 |
| 6/12/06 | ID=18818  Conducted by Steege; Catherine Type: meeting # in Attendance 3 | 46.31 |
| 6/12/06 | Network Printing | 77.31 |
| 6/12/06 | Photocopy-NQue | 162.00 |
| 6/13/06 | Photocopy & Related Expenses | 4.00 |
| 6/13/06 | Network Printing | 11.88 |
| 6/13/06 | Photocopy-NQue | 102.42 |
| 6/13/06 | Telephone(ID: 1409828) | .15 |
| 6/14/06 | Telephone Expense | 1.80 |
| 6/14/06 | Spedial- Conducted by Steege; Catherine Type: meeting # in Attendance 5 | 77.18 |
| 6/14/06 | Photocopy-NQue | 65.97 |
| 6/15/06 | In-City Transportation | 6.00 |
| 6/15/06 | Photocopy Expense | 1,366.70 |
| 6/15/06 | Network Printing | 5.76 |
| 6/15/06 | Photocopy-NQue | 87.57 |
| 6/15/06 | Telephone(ID: 1429967) | .60 |
| 6/15/06 | Telephone(ID: 1430123) | .15 |
| 6/15/06 | Telephone(ID: 1430124) | .60 |
| 6/15/06 | Telephone(ID: 1430111) | .90 |
| 6/15/06 | Telephone(ID: 1430455) | .90 |
| 6/15/06 | Telephone(ID: 1430433) | .45 |
| 6/15/06 | Telephone(ID: 1430487) | .45 |
| 6/15/06 | Telephone(ID: 1429968) | 3.15 |
| 6/15/06 | Telephone(ID: 1430122) | 1.65 |
| 6/15/06 | Telephone(ID: 1430112) | 2.55 |
| 6/16/06 | Network Printing | .72 |
| 6/16/06 | Telephone(ID: 1435189) | 2.25 |

7

CHICAGO_1427140_1

| Date | Description | Amount |
|---|---|---|
| 6/16/06 | Telephone(ID: 1435175) | 1.50 |
| 6/16/06 | Telephone(ID: 1435229) | 1.50 |
| 6/19/06 | In-City Transportation | 12.00 |
| 6/19/06 | In-City Transportation | 7.00 |
| 6/19/06 | In-City Transportation | 14.00 |
| 6/19/06 | In-City Transportation | 13.00 |
| 6/19/06 | Postage Nque | 13.89 |
| 6/19/06 | Photocopy & Related Expenses | 10.56 |
| 6/19/06 | Photocopy-NQue | 23.94 |
| 6/20/06 | In-City Transportation | 18.00 |
| 6/20/06 | Postage Nque | 7.20 |
| 6/20/06 | Photocopy-NQue | .27 |
| 6/22/06 | Photocopy-NQue | 3.33 |
| 6/22/06 | Telephone(ID: 1459461) | 2.55 |
| 6/22/06 | Telephone(ID: 1459421) | 1.20 |
| 6/22/06 | Telephone(ID: 1458881) | 1.95 |
| 6/22/06 | Telephone(ID: 1459018) | 2.70 |
| 6/22/06 | Telephone(ID: 1459009) | 2.25 |
| 6/22/06 | Telephone(ID: 1459327) | 3.75 |
| 6/22/06 | Telephone(ID: 1459312) | 1.65 |
| 6/22/06 | Telephone(ID: 1459357) | 2.70 |
| 6/26/06 | Photocopy-NQue | .18 |
| 6/27/06 | Network Printing | 5.04 |
| 6/27/06 | Photocopy-NQue | 6.75 |
| 6/28/06 | Network Printing | 8.46 |
| 6/28/06 | Photocopy-NQue | 32.13 |
| 6/28/06 | Telephone(ID: 1480948) | 1.05 |
| 6/28/06 | Telephone(ID: 1481005) | 2.25 |
| 6/28/06 | Telephone(ID: 1480412) | 2.25 |
| 6/28/06 | Telephone(ID: 1480538) | 1.35 |
| 6/28/06 | Telephone(ID: 1480520) | 3.90 |
| 6/28/06 | Telephone(ID: 1480840) | 2.70 |
| 6/28/06 | Telephone(ID: 1480816) | .30 |
| 6/28/06 | Telephone(ID: 1480881) | 2.10 |
| 6/28/06 | Telephone(ID: 1480815) | 3.60 |
| 6/29/06 | Other - Water for client during trial preparation | 4.00 |
| 6/29/06 | Network Printing | 20.16 |
| 6/29/06 | Photocopy-NQue | 37.89 |
| 6/30/06 | In-City Transportation | 12.00 |
| 6/30/06 | In-City Transportation | 6.00 |
| 6/30/06 | In-City Transportation | 12.00 |
| 6/30/06 | Special Messenger Service | 12.53 |

8

CHICAGO_1427140_1