# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** A. Benjamin Goldgar

**Hearing Date** December 16, 2009

**Bankruptcy Case** Arlington Hospitality, Inc., et al.

No. 05 B 34885

**Brief Statement of Motion** Order (1) continuing all pending fee applications generally, and (2) suspending order establishing procedures for interim professional compensation and reimbursement of expenses

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record, all pending fee applications noticed for or continued to this date are continued generally pending further order of court. In addition, and on the court's own motion, the order establishing procedures for interim professional compensation and reimbursement of expenses (Docket No. 56) is *suspended* pending further order of court. No further interim awards of fees and expenses will be made, and so no further applications for interim compensation should be filed, until a final decision is rendered on appeal concerning the claim of Arlington LF, LLC.